IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

FILED
JAN 18 2018
CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKL
BY_____RM_____, DEPUT

ANDREW L. SAWYERS
Plaintiff

v.                                  Case no: CIV-17-52-HE

CHRIS WEST et; al,

## MOTION TO COMPEL

Comes now, the Plaintiff Andrew L. Sawyers prose, pursuant to Fed. R. of Civ. P. Rule 26 and asks this Honorable Court to compel Defendant CHRIS West et, al to produce the following documents Plaintiff requested in discovery; Production of documents.

Request For Production No. 2: Plaintiff requested the Defendants to produce all documents that refer to all lawsuits, complaints, settlements or alternative dispute resolutions against CCDC and Canadian County in the past 10 years.

The Defendant objecting, answering in part with one lawsuit filed in the past 5 years. The Plaintiff asks this Court to compel Defendant to provide the information request for 10 years.

Request For Production No. 3: Plaintiff requested the medical file which accompanied him via OBN Agent Anthony Moore, from the staff at O.U. Medical Center

The Defendant objecting, answering this medical file only contained a request for a follow-up visit.

1

The Plaintiff asks this Court to compel Defendant Chris West et, al to produce the medical file from O.U. Medical Center which arrived at CCDC with Plaintiff on 25 Feb 2016.

Request For Production No. 5: The Plaintiff requesting documents for staffing records on 14 March 2016 to include all CCDC and Sheriffs' deputies on shift 6:00 Am - 4:00 pm.

The Defendants objecting stated these items are being retrieved and will supplement accordingly. Plaintiff asks this Court to compel Defendants to produce these records. Considering the Defendants excuse for not taking Plaintiff to O.U. for Follow-up exam, lacking sufficient staff and it has been 7 weeks since Plaintiff recieved Defendants response. The Defendant given its resources has had ample time to produce these records.

Request For Production No. 10: Plaintiff requested staffing records of all CCDC and Sheriff deputies on duty 21st March 2016 (6am - 4pm).

The Defendants objecting, stating these items are being retrieved and will supplement accordingly. Plaintiff asks this Court to compel Defendants to produce these records. The 21st March 2016 was Plaintiffs' 2nd scheduled follow-up appointment. Defendant, given its resources has had ample time to produce these records.

Request For Production No. 11 Plaintiff requested records showing times Lt. Carmack was present at CCDC 30th March 2016. Defendant, objecting stated these items

2.

are being retrieved and will supplement accordingly. Plaintiff asks this Court to compel Defendant to produce these records. The Defendant has resources and ample time to produce these records.

Request For Production No. 12: Plaintiff requested maintenance logs/policies for the video monitoring equipment specifically isolation cell I-15.

Defendant, objecting stating these items are being retrieved and will supplement accordingly. Plaintiff asks this Court to compel Defendants produce these records. Defendants claims Plaintiff was under 24 hour monitoring in case of medical emergency. The Defendant having resources has had ample time to produce these records.

Request For Production No. 13: Plaintiff requested all video, audio and/or other recordings, photographic depictions of Isolation cell I-15 on 01 April 2016.

Defendants objecting stating these items are being retrieved and will supplement accordingly. Plaintiff asks this Court to compel Defendant to produce these recordings at trial. These recordings will show Plaintiff removing his own dressing O.U. applied after surgery 5 weeks earlier. This evidence will help Plaintiff establish a pattern of conduct of negligent acts by CCDC staff and Sheriffs' deputies.

Request For Production No. 16: Plaintiff requested transport records for 04 April 2016 from CCDC to Pottawatomie County Jail.

Defendant objecting stating these items are being retrieved and will supplement accordingly. Plaintiff asks this Court to compel Defendant

3

to produce these records at trial. Defendant states on numerous occasions Plaintiff was housed at CCDC until 14 April 2016 which is untrue. This evidence will help Plaintiff demonstrate Defendants facts are in error.

Wherefore, the Plaintiff prays this Honorable Court grant his motion to compel Defendant to produce the aforementioned documents to Plaintiff and others at trial for Plaintiff cannot possess such items due to his imprisonments.

Respectfully submitted,
Andrew L. Sawyers
Andrew L. Sawyers #738807
Lawton Community Corrections Center
605 S.W. Coombs Rd
Lawton, OK 73501

Certificate of SERVICE

I hereby certify that a true and correct copy of the foregoing motion has been given to prison officials for mailing with pre-paid postage by U.S. Postal Service on this 15th day of January 2018 to:

Stephen L. Genics
Collins, Zorn & Wagner
429 N.E. 50th St. 2nd Fl.
Oklahoma City, OK 73105